

Federal District Court Detroit

United States Unified Court System

_____

Christina Kennedy,

                  Plaintiff,

Vs.

Elon Musk and Tesla Motors,

                  Defendants.

_____

Case: 2:22-mc-51899
Assigned To : Goldsmith, Mark A.
Assign. Date : 12/29/2022
Description: IN RE: KENNEDY V. ELON MUSK, ET. AL

     The above referenced action will be brought to a term of this Court for its review and for further action as directed by the Court. All pleadings must be filed as legally required. The date of February 1, 2023 is given for Court purposes only for the Clerk's office to review since all pleadings are expected to be filed by then.

Christina Kennedy, Plaintiff

518 Pond Hill Ranch Road

Poultney, VT 05764

(UPS only)

Elon Musk, Defendant

c/o Tesla Headquarters

1 Tesla Road

Austin, TX 78725

Tesla Motors, Defendant

Tesla Headquarters

1 Tesla Road

Austin, TX 78725

Federal District Court Detroit

United States Unified Court System

_____

Christina Kennedy,

                Plaintiff,                              AFFIRMATION

Vs.

Elon Musk and Tesla Motors,

                Defendants.

_____

Christina Kennedy affirms as follows:

1. This is both an action and a petition because plaintiff is not familiar with everything this Court can do.

2. I am the daughter of President John Kennedy and am the Queen of Scots, Great Britain, Bismark, and Sioux, and pay no court costs or filing fees.

3. I have aggrieved status under the United States Constitution.

4. I seek this Court become a Bribe Court as allowed under the Constitution which ensures that no bribes are received during the pendency of this action or to influence the outcome.

5. I want the case to stay in Federal Court Detroit because this Court knows the history of this matter.

6. Defendants Elon Musk and Tesla broke the lock that this Court put into place for 60 years on the manufacture of electric vehicles.

7. This Court found that the plaintiff Christina Kennedy was the mind behind the creation and manufacture of electric vehicles.

8. Defendants stole pictures, plans, and designs from plaintiff and were caught doing it.

9. Leaving the courtroom after the 60 year lock was imposed, Tesla said "I'll do 50 anyway" in open court.

10. This Court banned Tesla and the industry from many defenses, such as arguing industry standard.  Many defenses have been ruled invalid.

11. Proof that Defendant Tesla broke the lock is attached to this affirmation.

12. CNBC reported on November 11, 2022 that "the majority of the electric vehicles registered through September – or nearly 340,000 – were Teslas, according to S & P.  The remaining vehicles were divided, very unevenly, among 46 other nameplates."

13. A picture of Defendant Tesla's electric vehicle Model S is attached to this affirmation.  It is proof that Tesla is manufacturing Model S.  The picture came from Tesla's website.

14. A picture of Defendant Tesla's electric vehicle Model Y is attached to this affirmation.  It is proof that Tesla is manufacturing Model Y.  The picture came from Tesla's website.

15. Defendant Tesla also makes Model X and Model 3 and has publicly stated it is manufacturing an electric pickup truck.

16. Defendant Elon Musk said publicly that he would break the lock.  He actively spoke about breaking it.

17. Defendants Musk and Tesla have never paid plaintiff any of the judgments awarded by Court and are deadbeats.

18. Defendant Musk wanted plaintiff kidnapped. Multiple kidnappings have caused this affirmation to be filed later than the plaintiff wanted to do.

WHEREFORE,

It is requested that this Court impose swift and severe punishment on Defendants Musk and Tesla for breaking the lock so egregiously and deliberately.

Plaintiff requests that this Court require defendants to pay the awards previously ordered in her favor.

It is requested that this Court use its full powers to end Defendant Tesla and transfer all its profits and assets to plaintiff. All of Tesla's actions in the electric vehicle industry have broken the lock.

Plaintiff requests that all of Elon Musk's assets, investments, and savings be transferred to plaintiff since his success is based on theft and breaking the lock.

Plaintiff requests that this Court restore the lock for another 60 years or for such length of time as the parties and the industry may negotiate or agree.

Respectfully Submitted,

*Christina Kennedy*

Christina Kennedy – Plaintiff

518 Pond Hill Ranch Road

Poultney, VT 05764

(UPS only)

ChristinaKennedy1984@gmail.com



**1.99**s  
0-60 mph

**200**mph  
Top Speed

**396**mi  
range (EPA est.)

Red Multi-Coat

19" Tempest Wheels

All Black Premium Interior with Carbon Fiber Décor

Autopilot

1-Year Premium Connectivity Trial

**2022 Model S**  
Model S Dual Motor All-Wheel Drive  
1,202 mile odometer  
Philadelphia

**$111,620**  
$1,717 /mo ⓘ  
No Est. Transport Fee  
Demo Vehicle





**4.8s**
0-60 mph

**135mph**
Top Speed

**330mi**
range (EPA est.)

Midnight Silver Metallic Paint
19" Gemini Wheels
All Black Premium Interior
Five Seat Interior
Autopilot
30-Day Premium Connectivity Trial

**2023 Model Y** $65,990
Model Y Long Range Dual Motor All-Wheel Drive $1,022 /mo ⓘ
Less than 50 mile odometer
Available for local delivery in New York



**4.8s**
0-60 mph

**135mph**
Top Speed

**330mi**
range (EPA est.)

Pearl White Paint
19" Gemini Wheels
All Black Premium Interior
Five Seat Interior
Autopilot
30-Day Premium Connectivity Trial

**2023 Model Y** $65,9⌒⌒
Model Y Long Range Dual Motor All-Wheel Drive $1,022 /r
Less than 50 mile odometer
Available for local delivery in New Jersey

Federal District Court Detroit

United States Unified Court System

_____

Christina Kennedy,

                Plaintiff,                          AFFIRMATION

Vs.                                                                     OF

                                                                       SERVICE

Elon Musk and Tesla Motors,

                Defendants.

Christina Kennedy affirms as follows: the above-named action together with Notice and attachments was served on defendants Elon Musk and Tesla Motors individually by mailing two copies of said papers to Elon Musk and two copies of said papers to Tesla Motors, by serving said documents on each by depositing same in a properly marked receptacle for U.S. mail addressed to Tesla Headquarters, 1 Tesla Rd., Austin, TX 78725 at _Plaza Concourse Post Office_ on _December 22, 2022_ _Albany, NY_ at _9:40 am_.

                                                                 Respectfully Submitted,

                                                                 *Christina Kennedy*

                                                                Christina Kennedy – Plaintiff

                                                                518 Pond Hill Ranch Road

                                                                Poultney, VT 05764

                                                               <u>(UPS)</u>

                                                                ChristinaKennedy1984@gmail.com

FROM:
C. Kennedy
518 Pond Hill Ranches
Poultney, VT 05764
(UPS only)

Chief Clerk
Federal Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

Utility Mailer
10 1/2" x 16"

Ready ost

RDC 99
48228

U.S. POSTAGE PAID
FCM LG ENV
ALBANY, NY
DEC 22, 22
AMOUNT
$2.40
R2305K143131-22